UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA | CIVIL ACTION |
| VERSUS | NO. 21-2368-WBV-MBN |
| AMY JEANSONNE BROWN, ET AL. | SECTION: D (5) |

### ORDER and REASONS

Before the Court is a Motion for Summary Judgment, filed by defendant-in-interpleader, Shandreka Brown. (R. Doc. 27). Defendant-in-interpleader, Amy Jeansonne Brown, opposes the Motion. (R. Doc. 31).

After careful consideration of the parties' memoranda, the Court finds that there are genuine issues of material fact in dispute regarding the validity of the December 5, 2019 and May 26, 2021 change of beneficiary forms purportedly submitted by Easton Brown, Jr., and the June 1, 2020 confirmation by Mr. Brown of Shandreka Brown as the primary beneficiary of his ERISA-regulated employee welfare benefit plan.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment (R. Doc. 27) is **DENIED.**

New Orleans, Louisiana, January 9, 2023.

*Wendy B. Vitter*
**WENDY B. VITTER**
**United States District Judge**